Scott M. Clark, Esq. (Bar No. 6759)
Paul A. Henderson, Esq. (Bar No. 22891)
Judy Drickey-Prohow, Esq. (Bar No. 5796)
LAW OFFICES OF SCOTT M. CLARK, P.C.
3008 North 44th Street
Phoenix, Arizona 85018-7206
(602) 957-7877 ▪ (602) 957-7876 (facsimile)
*Attorneys for Movants*

# IN THE UNITED STATES BANKRUPTCY COURT
# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>MATTHEW MICHAEL MATA and SONIA GRANILLO,<br><br>Debtors. | Cause No. **2:11-BK-21143-CGC**<br><br>**EMERGENCY MOTION FOR RELIEF FROM AUTOMATIC STAY** |
| UCI INVESTMENTS I, LLC d.b.a. TOWN CENTER APTS. and GREP S.W., L.P. d.b.a. GREYSTAR,<br><br>Movants,<br><br>v.<br><br>MATTHEW MATA and SONIA GRANILLO,<br><br>Respondents. | ASSIGNED TO THE<br>HON. CHARLES G. CASE II |

Movants, UCI Investments I, LLC ("UCI") and GREP S.W., L.P. ("Greystar"), by and through undersigned counsel and pursuant to Bankruptcy Code section 362(b), hereby move this Court to terminate or modify the automatic stay imposed upon Movants with regard to the recovery through an action in special detainer, pursuant to Title 33, Ariz.Rev.Stat. §§ 1368(B) and 1377, of the leased premises occupied by Debtors/Respondents, Matthew Mata and Sonia Granillo, and the property of the estate.

In support of its motion, Movants indicate as follows:

UCI Investments I, LLC and GREP S.W., L.P. v. Matthew Mata and Sonia Granillo
Emergency Motion for Relief from Automatic Stay                                   Page 1 of 4

Case 2:11-bk-21143-DPC    Doc 21    Filed 08/24/11    Entered 08/24/11 17:56:48    Desc
Main Document    Page 1 of 4

1. The filing of the Motion commences a contested action within the meaning of Bankruptcy Rule 9014.

2. This action is concerning real property located at Apartment 248 of 22280 S. 209th Way, Queen Creek, Maricopa County, Arizona 85142 and the residential lease contract thereto.

3. Debtors/Respondents are the leaseholders to this real property, which is owned by Movant UCI and managed on its behalf by Movant Greystar. Movant UCI's real property is operated under the name of Town Center Apartments.

4. Debtors/Respondents have no ownership interest in the real property and Debtors/Respondents have failed to tender any amounts toward rent since July 17, 2011. Debtors/Respondents are now in arrears for the payment of rent due for a substantial portion of July 2011 and all of August 2011. Pursuant to the residential lease contract, rent accrues at the rate of one thousand three hundred thirty-four dollars and thirty-six cents ($1,334.36) per month, due and payable on the first (1st) day of each calendar month. Debtors/Respondents continue to hold, possess, and control the above-referenced real property and rental premises despite not paying the rental obligation.

5. On August 5, 2011, a written demand was made upon Debtors/Respondents by Movant Greystar for Debtors/Respondents to pay the outstanding rent or vacate the premises, but neither event occurred. An action in special detainer,[1] also known as an "eviction action," was filed against Debtors/Respondents by Movant Greystar on August 12, 2011. Movant Greystar received the Notice of Bankruptcy Case Filing from Debtors/Respondents after August 12, 2011 but before August 18, 2011 and requested the Court stay the eviction action at the hearing of August 12, 2011.

6. Pursuant to Bankruptcy Code section 362(b)(2), Debtors/Respondents do not

---

[1] Town Center/GREP S.W., L.P. d.b.a. Greystar v. Matthew Mata and Sonia Mata-Granillo, San Tan Justice Court case no. CC2011-159493.

UCI Investments I, LLC and GREP S.W., L.P. v. Matthew Mata and Sonia Granillo
Emergency Motion for Relief from Automatic Stay
Page 2 of 4

Case 2:11-bk-21143-DPC    Doc 21    Filed 08/24/11    Entered 08/24/11 17:56:48    Desc
Main Document    Page 2 of 4

have any equity in such property and the same is not necessary for an effective reorganization of the estate. This Court, therefore, may terminate or modify the automatic stay so Movants may finish the prosecution of their eviction action (Title 33, Ariz.Rev.Stat. §§ 1368(B) and 1377; Rule 1, Rules of Procedure for Eviction Actions) before the San Tan precinct of the Maricopa County Justice Courts, a court with proper jurisdiction (Title 22, Ariz.Rev.Stat. § 201) and venue (Title 22, Ariz.Rev.Stat. § 202), to seek recovery of the leased premises through the issuance and service of a writ of restitution to remove Debtors/Respondents. *See* In Re Bricker, 43 BR 344 (Bankr.D.Ariz. 1984).

WHEREFORE, Movants requests the Court enter its judgment and order granting the following relief:

    A.    Terminating or modifying the automatic stay under Bankruptcy Code section 362(b) against an eviction action so as to allow Movants to proceed with State statutory remedies for the recovery of possession of the rental dwelling;

    B.    For reasonable attorney's fees, costs and interest incurred and expended; and

    C.    For such other and further relief as the Court deems just and proper.

RESPECTFULLY SUBMITTED this day, the 22nd of August 2011,

LAW OFFICES OF SCOTT M. CLARK, P.C.

By _____
Paul A. Henderson, Esq.
*Attorneys for Movants*

//

//

//

UCI Investments I, LLC and GREP S.W., L.P. v. Matthew Mata and Sonia Granillo
Emergency Motion for Relief from Automatic Stay     Page 3 of 4

Case 2:11-bk-21143-DPC    Doc 21    Filed 08/24/11    Entered 08/24/11 17:56:48    Desc
Main Document     Page 3 of 4

## DECLARATION OF MAILING

I certify that a copy of this motion was mailed to the parties identified below at the following addresses:

1. **Matthew Mata and Sonia Granillo**
   22280 S. 209th Way, Apt. 248
   Queen Creek, AZ 85242
   *Debtors/Respondents*

2. **David Birdsell**
   216 N. Center Street
   Mesa, AZ 85201
   *Bankruptcy Trustee*

I also certify that copies of the following related pleadings were also mailed, in the same envelopes, to the individual(s) addressed above:

1. Motion To Set Hearing Upon Movants' Emergency Motion For Relief From Automatic Stay

2. Order Setting Hearing Upon Movants' Emergency Motion For Relief From Automatic Stay

By _____ on 8/22/2011.

UCI Investments I, LLC and GREP S.W., L.P. v. Matthew Mata and Sonia Granillo
Emergency Motion for Relief from Automatic Stay